**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

*Tamara L. Giwa*
*Executive Director and*
*Attorney-in-Chief*

*Michelle A. Gelernt*
*Attorney-in-Charge*

July 24, 2024

The Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     <u>**United States v. Grinin et al., 22-CR-409 (HG)**</u>

Dear Judge Gonzalez:

      Mr. Vadim Yermolenko, Mr. Brayman, and Mr. Konoshchenok are currently charged before the Court by indictment in *United States v. Grinin, et al.*, 22-CR-409. The Court previously issued a briefing schedule, with the defense's pretrial motions due August 1, 2024. Co-defense counsel jointly requests that the defense briefing schedule be extended to August 16, 2024. These defendants require additional time assess discovery, evaluate evolving legal authority and prepare their motions. Based on this request, the defendants request the new schedule be set as follows:

      Aug. 16 – defense motions

      Sept. 13 – government responses

      Sept. 24 – defense replies (if any)

Defendants have informed the Government of this request and the new schedule and the Government has no objection. Thank you for your consideration.

Respectfully Submitted,

*/s/ Nora K. Hirozawa*
Nora K. Hirozawa
James Darrow
Counsel to Vadim Yermolenko
Federal Defenders of New York, Inc.

/s/ *Michael K. Fee*
Michael K. Fee
David G. Lazarus
Counsel to Alexey Brayman
Verrill Dana LLP

/s/ *Sabrina Shroff*
Sabrina Shroff
Counsel to Vadim Konoshchenok

cc: AUSA Artie McConnell
AUSA Craig Heeren
AUSA Matthew Skurnik
AUSA Andrew Reich