

U.S. Department of Justice

United States Attorney
Eastern District of New York

DMP
F. #2021R01110

271 Cadman Plaza East
Brooklyn, New York 11201

August 1, 2024

By ECF and Email

The Honorable Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Vadim Konoshchenok
               Criminal Docket No. 22-409 (S-2) (HG)

Dear Judge Gonzalez:

      The government respectfully writes in response to the August 1, 2024 letter from Sabrina Shroff, counsel for the defendant Vadim Konoshchenok, seeking an order directing the U.S. Attorney's Office to disclose to her the defendant's whereabouts.  The government's understanding is that the defendant is no longer in the custody of the Attorney General.  See https://www.whitehouse.gov/briefing-room/statements-releases/2024/08/01/statement-by-president-joe-biden-on-securing-the-release-of-americans-detained-in-russia/

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:     /s/
      Douglas M. Pravda
      Assistant U.S. Attorney
      (718) 254-6268

cc:    Clerk of Court (HG) (by ECF and email)
       Sabrina Shroff, Esq. (counsel to the defendant) (by ECF and email)