**SABRINA P. SHROFF**  80 BROAD STREET, 19TH FLOOR
 ATTORNEY AT LAW  NEW YORK, NEW YORK 10004
  TELEPHONE: (646) 763-1490

August 2, 2024

**BY ECF**

Hon. Hector Gonzalez
United States District Judge for
 the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. Vadim Konoshchenok</u>, 22 Cr. 409 (HG)

Hon. Gonzalez,

On August 1, 204, I wrote the Court asking for an Order seeking disclosure of the location where Mr. Konoshchenok had been removed to from the MDC. The government through Assistant United States Attorney Douglas Pravda, Chief of the National Security Division called and confirmed for me that Mr. Konoshchenok was no longer in the custody of the Attorney General. I have since confirmed with Mr. Konoshchenok's family member that Mr. Konoshchenok is no longer in the United States of America and was one of the many individuals returned to his home yesterday.

Mr. Pravda's response and subsequent letter (docket entry number 136) moot the issue raised in my letter and therefore I no longer seek any relief from the Court on this particular issue.


Respectfully submitted,

/s/Sabrina P. Shroff
Counsel to Vadim Konoshchenok