**SABRINA P. SHROFF**                                                               80 BROAD STREET, 19TH FLOOR
ATTORNEY AT LAW                                                            NEW YORK, NEW YORK 10004
                                                                                             TELEPHONE: (646) 763-1490

August 5, 2024

**By ECF**

Hon. Hector Gonzalez
United States District Judge for
 the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: <u>United States v. Vadim Konoshchenok</u>, 22 Cr. 409 (HG)

Hon. Gonzalez,

On the 29th of July of 2024, Joseph R. Biden Jr., the President of the United States of America granted Mr. Konoshchenok a full pardon for the offenses charged in indictment number 22 Cr. 409 (HG), to which Mr. Konoshchenok had pleaded not guilty in the District Court for the Eastern District of New York. The document reflecting the Executive Grant of Clemency is attached to this letter motion as an exhibit. Mr. Konoshchenok continues to maintain his not guilty plea to the indictment.

In light of the grant of clemency, and his government approved departure from the United States, Mr. Konoshchenok requests the Court dismiss, with prejudice, indictment # 22 Cr. 409 (HG) against Mr. Konoshchenok.

I thank the Court for its time and consideration of this request.


Respectfully submitted,

/s/Sabrina P. Shroff
Counsel to Vadim Konoshchenok