# Executive Grant of Clemency

# JOSEPH R. BIDEN, JR.

## President of the United States of America

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

BE IT KNOWN, THAT THIS DAY, I, JOSEPH R. BIDEN, JR., PRESIDENT OF THE UNITED STATES, PURSUANT TO MY POWERS UNDER ARTICLE II, SECTION 2, CLAUSE 1, OF THE CONSTITUTION, AFTER CONSIDERING THE APPLICATION FOR EXECUTIVE CLEMENCY, HAVE GRANTED UNTO

### VADIM KONOSHCHENOK

### A FULL PARDON

FOR THOSE OFFENSES charged in indictments (Docket No. 1:22-cr-00409-HG-5) filed in the United States District Court for the Eastern District of New York on December 5, 2022 and May 22, 2023, for violations of **(Count One)**: Sections 371 and 3551 *et seq.*, Title 18, United States Code; **(Count Fourteen)**: Sections 4819(a)(1), 4819(a)(2)(A)-(G), and 4819(b), Title 50, United States Code, and Sections 736.2(b)(1) and 746.8(a)(1), Title 15, Code of Federal Regulations; and **(Count Fifteen)**: Sections 554(a), 2, and 3551 *et seq.*, Title 18, United States Code.

### I CONDITION THE PARDON UPON THE FOLLOWING TERMS:

(1) the said VADIM KONOSHCHENOK shall depart the United States;
(2) the said VADIM KONOSHCHENOK shall thereafter remain outside the limits of the United States, its territories, and its possessions;
(3) the said VADIM KONOSHCHENOK shall not commit any additional crime against the United States or in violation of the laws of the United States subsequent to the acceptance of this Pardon;
(4) the said VADIM KONOSHCHENOK shall waive and release any and all claims, demands, rights, and causes of action of whatsoever kind and nature against the United States of America, its agents, servants, and employees;
(5) the said VADIM KONOSHCHENOK shall waive any and all claims to funds or property already seized or subject to forfeiture as part of the prosecution of offenses subject to this Pardon; and
(6) the said VADIM KONOSHCHENOK shall not accept or otherwise receive any financial benefit directly or indirectly, in any manner or amount, from any book, movie, or other publication or production, in any form or media, about the circumstances surrounding the instant charges or Pardon.

IF AT ANY TIME the said VADIM KONOSHCHENOK violates any one or more of the aforementioned conditions, as determined by me in my complete discretion (or by a future President in his or her complete discretion), this Pardon may be voided in its entirety.

United States Department of Justice
District of Columbia

# AFFIDAVIT

I hereby certify that the attached document is a true and accurate copy of the warrant for pardon signed by President Joseph R. Biden on July 26, 2024, granting executive clemency to Vadim Konoshchenok.



Given under seal of the
Department of Justice this 29th day of July, 2024.

_____
Elizabeth G. Oyer
Pardon Attorney

THIS GRANT SHALL BECOME EFFECTIVE only upon the delivery and presentment of a certified copy of this document, electronic or hard copy, to the said VADIM KONOSHCHENOK and upon the said VADIM KONOSHCHENOK'S signing of a receipt verifying his acceptance of the Pardon granted with all of its terms and conditions.

I HEREBY DESIGNATE that a certified copy of this document be delivered by a designee of the Attorney General to Immigration and Customs Enforcement, the Bureau of Prisons, the United States District Court for the Eastern District of New York, other appropriate law enforcement entities, and the said VADIM KONOSHCHENOK as evidence of my action in order to carry into effect the terms of this grant.

IN TESTIMONY WHEREOF, I have hereunto signed my name and caused the Pardon to be recorded with the Department of Justice.

Done at the City of Washington this 26th day of July in the year of our Lord Two thousand and Twenty-four and of the Independence of the United States the Two hundred and Forty-ninth.

*[signature]*

JOSEPH R. BIDEN, JR.
PRESIDENT