

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DMP:JAM/CRH/ADR/MS
F. #2019R01707

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 6, 2024

By ECF and Email

The Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     United States v. Vadim Konoshchenok
        Criminal Docket No. 22-409 (HG)

Dear Judge Gonzalez:

The government respectfully submits this letter in response to the defendant Vadim Konoshchenok's motion to dismiss the indictment as to him in the above case. See ECF Dkt. No. 138. For the reasons stated in the defendant's motion, the government does not oppose dismissal of the indictment as to the defendant. However, the government requests that such dismissal be without prejudice.

As described in the Executive Grant of Clemency, attached hereto as Exhibit A, the pardon granted to the defendant is conditioned on a number of terms, including, for example, that the defendant "remain outside the limits of the United States" and that he "not commit any additional crime against the United States or in violation of the laws of the United States," among other terms. Exhibit A at 1. Should the defendant violate any of those terms, the pardon "may be voided in its entirety." Id. The government therefore respectfully requests that

dismissal of the indictment as to the defendant be granted without prejudice in case his pardon should at any time be voided.

Respectfully submitted,

BREON PEACE
United States Attorney

By:      _____/s/_____

Artie McConnell
Craig R. Heeren
Andrew D. Reich
Matthew Skurnik
Assistant U.S. Attorneys
(718) 254-7000

cc:      Clerk of Court (HG) (by ECF and Email)
       Sabrina P. Shroff, Esq. (by ECF and Email)

2